```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

SHELY FOSTER, *
o/b/o *
*K.D.F.* *
 *
    Plaintiff, *
 *
vs. * CIVIL ACTION 08-00290-B
 *
MICHAEL J. ASTRUE, *
Commissioner of *
Social Security, *
 *
    Defendant. *

## JUDGMENT

In accordance with the Order entered on May 15, 2009, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying claimant benefits be **AFFIRMED.**

**DONE** this the **18**th day of **May**, **2009.**

                                     /s/ SONJA F. BIVINS
                              **UNITED STATES MAGISTRATE JUDGE**